**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| **JUNWEI JIA and HUANJUN LI KOHEL,** ) | **Case No.: 4:25-cv-09763-HSG** |
| **Plaintiffs,** ) | |
| ) | **ORDER DENYING PLAINTIFFS'** |
| **vs.** ) | **MOTION TO CONTINUE** |
| ) | **INITIAL CASE DEADLINES** |
| ) | **[CIVIL L.R. 16-2(d)]** |
| **PEOPLE'S REPUBLIC OF CHINA,** ) | |
| **Defendant.** ) | |

ORDER DENYING PLAINTIFFS' MOTION TO CONTINUE INITIAL CASE DEADLINES [CIVIL L.R. 16-2(d)
Case No. 4:25-cv-09763-HSG

## ORDER

Upon review and consideration of Plaintiffs' Motion to Continue Initial Case Management Deadlines, and with good cause appearing therefor, IT IS HEREBY ORDERED THAT

All current case deadlines are modified as follows

| Case Management Event | Deadline |
| --- | --- |
| Deadline to File ADR Certification (Civil L.R. 16-8(b)) | June 16, 2026 |
| Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan (Fed. R. Civ. P. 26(f)) | June 16, 2026 |
| Deadline to file Joint Case Management Statement (Fed. R. Civ. P. 26(f)) | June 30, 2026 |
| Initial Case Management Conference (To be held by Zoom) | July 7, 2026 at 2:00 PM |

**IT IS SO ORDERED**

Dated: 1/22/2026

By
Hay
Unit



DENIED

Judge Haywood S. Gilliam Jr.

ORDER DENYING PLAINTIFFS' MOTION TO CONTINUE INITIAL CASE DEADLINES [CIVIL L.R. 16-2(d)
Case No. 4:25-cv-09763-HSG